Court Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

        -against-

        21-CR- 195 (  ) (  )

Jacob Ruffin

        Defendant(s).

------------------------------------------------------------------X

Defendant __Jacob Ruffin__ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

_X_     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer

(During a videoconference on March 9, 2021, Mr. Ruffin authorized Benjamin Gold to affix his electronic signature to this form).

*Jacob Ruffin*                                  *Ben G*

Defendant's Signature                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jacob Ruffin                                Benjamin Gold

Print Defendant's Name                    Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/23/2021                                 *Judith C. McCarthy*

Date                                                 U.S. District Judge/U.S. Magistrate Judge