UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
_USA_,
             Plaintiff(s),

v.

_Jacob Ruffin_
             Defendant(s).
------------------------------------------------x

**CALENDAR NOTICE**

21 cr 195 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/re-scheduled for:

___ Status conference      ___ Final pretrial conference

___ Telephone conference      ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument      ___ Plea hearing

___ Bench ruling on motion      ✓ Sentencing

on _9-8-_, 20_21_, at _3:00 P.M._, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _7/30/21_

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _7/8_, 20_21_
    White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge