UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :    **ORDER**
v.                                  :
                                    :    21 CR 195 (VB)
JACOB RUFFIN,                       :
                      Defendant.    :
--------------------------------------------------------------x

The initial conference in this violation of supervised release matter scheduled for May 18, 2023, is rescheduled to **June 6, 2023, at 10:15 a.m.**, in Courtroom 620 at the White Plains courthouse.

Dated: May 16, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge