Case 7:21-cr-00195-VB   Document 33   Filed 07/13/23   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

July 13, 2023

Hon. Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. Jacob Ruffin*, 21-CR-00195 (VB)

Dear Judge Briccetti:

    Jacob Ruffin, the defendant in the above-captioned case, is scheduled to appear before Your Honor on July 19, 2023, at 3:30 p.m., for a hearing in connection with alleged violations of supervised release, which relate principally to incidents resulting in three state arrests. Mr. Ruffin – who had previously been remanded to state custody – was released on or about June 5, 2023.

    Mr. Ruffin's next scheduled appearance in cases CR-007724-23BX and CR-008316-23BX in Bronx Criminal Court has been postponed until August 3, 2023. Mr. Ruffin's trial in case CR-08428-22 in Yonker's City Court has been postponed until September 18, 2023.

    In light of Mr. Ruffin's above-referenced state court proceedings, the Government and Probation Office respectfully request an adjournment of the violation of supervised release hearing currently scheduled before Your Honor for July 19. Defendant's counsel consents to this request. Both parties, as well as Probation, are available on September 25 or 26, which we understand from Ms. Hilbert are available dates for the Court.

Application Granted. The 7-19-23 conference is adjourned until 9-26-23 at 11:00 a.m. in Courtroom 620.

Sincerely,

SO ORDERED:

*[signature]*

USDJ   7-13-23

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
Shaun E. Werbelow
Assistant United States Attorney
Southern District of New York
(914) 993-1962

cc: Claire Francisco, U.S. Probation Officer
    Benjamin D. Gold, Defense Counsel