U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

March 14, 2025

**BY ECF**
Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

      Re:     <u>United States v. Jacob Ruffin, 21 Cr. 195 (VB)</u>
               <u>United States v. Jacob Ruffin, 25 Cr. 102 (NSR)</u>

Dear Judge Briccetti and Judge Román:

      The Government respectfully submits this letter to advise the Court that there are two active cases pending against Jacob Ruffin arising out of the same criminal conduct.

      As background, on April 15, 2021, Jacob Ruffin pleaded guilty to illegally possessing a firearm as a convicted felon, in violation of 18 U.S.C. § 922(g)(1). *See* 21 Cr. 195 (VB). Ruffin was sentenced on September 8, 2021, to a term of 24 months' imprisonment to be followed by 3 years' supervised release. Ruffin commenced his initial term of supervised release on September 29, 2022. On April 18, 2023, Ruffin violated the terms of his supervised release by violating a court order of protection, thereby committing the New York State crime of criminal contempt in the 2nd degree. Ruffin admitted this violation on July 16, 2024, and the court revoked his term of supervised release and imposed a new 18-month term of supervised release, which Ruffin is currently serving.

      Recently, Jacob Ruffin was arrested on February 26, 2025, after officers with the United States Probation office found a firearm in his apartment while conducting a routine home visit. On February 27, 2025, Ruffin was charged by complaint with illegally possessing a firearm as a convicted felon, in violation of 18 U.S.C. § 922(g)(1). *See* 25 Mag. 667. He was arraigned on the complaint before the Honorable Victora Reznik, USMJ, and ordered detained following a bail argument. Subsequently, a grand jury returned a one-count indictment containing the same

charge on March 12, 2025.  Ruffin was arraigned on the indictment before the Honorable Andrew E. Krause, USMJ, and the case was assigned to Judge Román.  *See* 25 Cr. 102 (NSR).

On February 27, 2025 – the same day Ruffin was charged by complaint – the Probation Office submitted an abbreviated violation of supervised release report and petition for a warrant under docket number 21 Cr. 195 (VB).  The Probation Office submitted a complete violation report on March 4, 2025, and Ruffin was arraigned on that report before the Honorable Vincent Briccetti, USDJ, on March 13, 2025.

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney for the
        Southern District of New York

by: _____
        Shaun E. Werbelow
        Assistant United States Attorney
        (914) 993-1962

cc:    Claire Francisco, Supervisory U.S. Probation Officer
       Benjamin Gold, Defense counsel