# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charg*

**MEMO ENDORSED**

Via E-mail and ECF

January 13, 2026

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    United States v. Jacob Ruffin
       25 CR 102 and 21 Cr 195 (NSR)

Dear Honorable Román:

I am writing to ask that Mr. Ruffin's sentencing, which is scheduled to take place on February 19th, be delayed one-week.[1] My understanding is that the Court has availability on February 26, 2026 at 11:00am and that both the Government, and Probation, are available at that time. If Your Honor is willing to grant this request, I also that Mr. Ruffin's VOSR proceeding,[2] which is also scheduled for February 19th, be adjourned to the same date as Mr. Ruffin's sentencing.

Thank you for your consideration.

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

cc:    AUSA Shaun Eric Werbelow
       Probation Officer Claire Francisco

**Deft's request to adjourn both the Feb. 19, 2026 Sentencing in 25cr102 and the VOSR Admission and Sentencing in 21cr195 to Feb. 26, 2026 at 11:00 am is GRANTED without objection by the Gov't and Probation Officer. Clerk of Court is requested to terminate the motions at ECF No. 19 in 25cr102 and ECF No. 54 in 21cr195.**
**Dated: White Plains, NY    SO ORDERED:**
**       January 13, 2026**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/13/2026__

[1] Due to a scheduling mistake, I am not available on February 19th.
[2] This proceeding is an anticipated VOSR proceeding wherein Mr. Ruffin would admit to having violated the terms of his supervised release and the parties expect to be prepared to move forward with the VOSR sentencing on the same date.